Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 1st day of August, 1914, setting aside a verdict and directing entry of judgment in favor of the defendant, and also from the judgment entered on the 12th day of November, 1915.

PER CURIAM: We have carefully examined the evidence and find no substantial or material difference between that given upon the present trial and that given upon the former trial, as to which the Court of Appeals said: "A majority of the judges are of the opinion that the decedent, upon the most favorable view of the evidence that can be taken in the interest of the plaintiff, was guilty of contributory negligence as matter of law." Relying, therefore, upon the opinion above quoted (205 N. Y. 50), we are constrained to affirm the order and judgment. The order and judgment should be affirmed, with costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ. Order and judgment affirmed, with costs.

———

Trustees of Columbia University in the City of New York, Respondent, v. Joel Rathbone, Appellant, Impleaded with Charles Pfizer, Jr.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Retta H. Barranger, Appellant, v. James Butler, Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Rudolf Rapp, Appellant, v. Morris Wolburg, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Gittleman* v. *Feltman* (191 N. Y. 207). Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Margaret Cook, Respondent, v. New York Railways Company, Appellant, Impleaded with Alexander Hanson.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present.— Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Municipal Liens Company, Appellant, v. Louis Lese and Others, Respondents. Lien 5246, Manhattan.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Percy C. Magnus, Appellant, v. United States Rubber Company and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Patrick Gannon, Appellant, v. Albert Brunker, as Executor, etc., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted on the authority of *Stein* v. *Stein* (140 App. Div. 306). Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.